In the Matter of the Assignment of JOSEPH CROMIEN to JAMES
M. LIDDY (JOSEPH F. BECKER substituted as Assignee) for
the Benefit of Creditors.

[SPECIAL TERM.]

(Decided December 22d, 1879.)

Where proceedings have been taken in the Supreme Court to compel an
assignee for the benefit of creditors to execute his trust and distribute the
funds in his hands, this court will make no order for that purpose.

APPLICATION by an assignee under a general assignment for
the benefit of creditors for the settlement of his account and
the discharge of himself and the sureties on his bond.

The facts are stated in the opinion.

VAN HOESEN, J.—The order applied for is denied.

The Supreme Court has jurisdiction no less than the Com-
mon Pleas. Where it assumes the control of the assignee and
exercises its unquestioned power to compel him to execute his
trust, and distribute the funds in his hands, the Court of
Common Pleas will make no further order in the matter. All
the relief to which any party, trustee or *cestui que trust* is en-
titled, the Supreme Court is competent to grant.

The rule is that the court which first takes jurisdiction of
the settlement and winding up of the assigned estate, retains
exclusive control to the end, and where an accounting is begun
in the Supreme Court, the Common Pleas will, as I have said,
leave to that court the settlement of the estate and the dis-
charge of the assignee and his sureties.

In one case where an application was made to Justice
DAVIS for the appointment of a referee to take and state the
accounts of the assignee, in an action brought in the Supreme
Court, that learned justice said that he would appoint no
referee until an application had been made to the Common
Pleas for the appointment of a referee under the Assignment
Act, and that he would then appoint the referee named by the

Common Pleas, so that the accounting in the Supreme Court suit and the accounting under the Assignment Act might go on simultaneously before the same referee. This virtually ended the Supreme Court suit.

Application denied.